| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>MILLER, GRAY H | 2. Court or Organization<br><br>U.S. DIST. COURT, SO. DIST. TX | 3. Date of Report<br><br>04/29/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>BOB CASEY U. S. COURTHOUSE<br>515 RUSK AVE<br>HOUSTON, TX 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of the Advisory Board | The Honors College at the University of Houston |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 A 9: 48 DISCLOSURE FINANCIAL OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Fulbright & Jaworski L.L.P. | Tickets to Houston Astros games | $ 400 |
| 2. | SMG - Reliant Park | Tickets and parking to the Texas Bowl | $ 415 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trapeze Capital Corp. | Margin Account | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank Account | A | Interest | K | T | | | | | |
| 2. Everbank Bank Accounts | C | Interest | L | T | | | | | |
| 3. Peoples State Bank Account | | None | J | T | | | | | |
| 4. Excelsior Fund L.P. | D | Int./Div. | L | T | | | | | |
| 5. Glenrock Global Partners AI L.P. | D | Int./Div. | M | T | | | | | |
| 6. Copernicus International Market Neutral Fund, LP (formerly.. | D | Int./Div. | M | T | | | | | |
| 7. Nippon Renewal Partners L.P. | A | Int./Div. | L | T | | | | | |
| 8. Prudent Bear Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 9. Note from ▆▆▆ | | None | | | Gifted | 01/01 | J | | |
| 10. Brokerage Account #1 | | | | | | | | | |
| 11. - Fidelity Core Cash Account | A | Interest | J | T | | | | | |
| 12. - Fidelity Cash Reserves | B | Dividend | L | T | | | | | |
| 13. - Fidelity Internat'l Real Estate Fund | | None | | | Buy | 02/07 | J | | |
| 14. | | | | | Sell | 06/06 | K | B | |
| 15. - iShares TR FTSE Xinhua HK China 25 Index | | None | | | Sell | 04/09 | J | B | |
| 16. | | | | | Buy | 07/02 | K | | |
| 17. | | | | | Buy | 07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Part Sale | 10/16 | K | D | |
| 19. | | | | | Sell | 11/05 | K | D | |
| 20. - iShares TR Dow Jones U S Real Estate | A | Dividend | | | Buy | 02/07 | J | | |
| 21. | | | | | Sell | 06/06 | K | A | |
| 22. - iShares Inc MSCI Spain Index FD | | None | | | Sell | 02/13 | J | A | |
| 23. - US World Precious Minerals | | None | | | Sell | 02/05 | K | | |
| 24. - Fidelity Select Natural Resources | B | Dividend | L | T | Buy | 09/12 | K | | |
| 25. | | | | | Buy | 09/26 | J | | |
| 26. | | | | | Buy | 09/27 | J | | |
| 27. - iShares Inc MSCI Brazil Index Fund | A | Dividend | J | T | Buy | 05/31 | K | | |
| 28. | | | | | Part Sale | 10/16 | J | B | |
| 29. | | | | | Part Sale | 11/23 | J | C | |
| 30. - iShares TR S&P Latin Amer 40 Index FD | A | Dividend | J | T | Buy | 06/19 | K | | |
| 31. | | | | | Part Sale | 10/16 | J | A | |
| 32. | | | | | Part Sale | 11/23 | J | A | |
| 33. - iShares Inc MSCI Singapore Index FD | | None | | | Buy | 01/09 | J | | |
| 34. | | | | | Buy | 04/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sell | 07/17 | K | C | |
| 36. - iShares Inc MSCI Malaysia Free Index FD | | None | | | Buy | 01/22 | J | | |
| 37. | | | | | Buy | 04/09 | J | | |
| 38. | | | | | Part Sale | 09/18 | J | B | |
| 39. | | | | | Sell | 09/24 | J | A | |
| 40. - Currencyshares Euro TR Euro Shs | A | Interest | K | T | Buy | 10/19 | K | | |
| 41. | | | | | Buy | 11/26 | J | | |
| 42. Brokerage Account #2 | | | | | | | | | |
| 43. - Abercrombie & Fitch Company Common Stock | A | Dividend | | | Part Sale | 11/20 | J | B | |
| 44. | | | | | Sell | 11/21 | J | A | |
| 45. - Align Tech Inc Common Stock | | None | | | Cover Short | 04/26 | J | | |
| 46. | | | | | Cover Short | 04/27 | J | | |
| 47. | | | | | Cover Short | 04/30 | J | | |
| 48. | | | | | Cover Short | 05/01 | J | | |
| 49. - Avaya Inc Common Stock | | None | | | Cover Short | 03/13 | J | A | |
| 50. | | | | | Cover Short | 03/14 | J | | |
| 51. - Canadian Superior Energy Units | | None | J | T | Part Sale | 08/21 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Cano Petroleum Inc 33 Lgnd | | None | J | T | Buy | 11/07 | J | | |
| 53. - Canoro Res Ltd. Units | | None | J | T | | | | | |
| 54. - Connacher Oil and Gas Limited Common Stock | | None | K | T | | | | | |
| 55. - Corridor Res Inc. Common Stock | | None | K | T | | | | | |
| 56. - Dillard's Inc. CL-A | | None | | | Cover Short | 05/22 | J | | |
| 57. - Delta Pete Corp - New Common Stock | | None | | | Buy | 01/09 | J | | |
| 58. | | | | | Part Sale | 12/12 | J | A | |
| 59. | | | | | Sell | 12/14 | J | | |
| 60. - Malaga Inc (formerly Dynacor Mines Inc Units) | | None | J | T | Buy | 05/18 | J | | |
| 61. - ORCA Exploration (formerly Eastcoast...) | | None | K | T | | | | | |
| 62. - Entertainment One Incm Trust Unit | A | Dividend | | | Sell | 04/04 | J | | |
| 63. - Etruscan Resources Inc. Common Stock | | None | J | T | | | | | |
| 64. - Globestar Mining Corp Common Stock | | None | J | T | Part Sale | 12/05 | J | B | |
| 65. - Goldfarb Corp Cl-A Svs | | None | J | T | | | | | |
| 66. - High River Gold Mines Ltd | | None | J | T | Part Sale | 12/04 | J | B | |
| 67. - High River Gld Qly Cv Rs 8% 31Dec11 | A | Int./Div. | J | T | | | | | |
| 68. - Iamgold Corp Common Stock | A | Dividend | | | Sell | 12/04 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.     - Kingsway Finl Servs Inc. Common Stock | A | Dividend | | | Sell | 07/16 | J | A | |
| 70.    - Kodiak Oil & Gas  Common Stock | | None | | | Part Sale | 03/22 | J | B | |
| 71. | | | | | Part Sale | 04/16 | J | B | |
| 72. | | | | | Part Sale | 04/26 | J | D | |
| 73. | | | | | Part Sale | 04/30 | J | B | |
| 74. | | | | | Part Sale | 05/22 | J | B | |
| 75. | | | | | Part Sale | 07/06 | J | C | |
| 76. | | | | | Sell | 07/10 | J | C | |
| 77.    - La Senza Corporation SV Common Stock | | None | | | Sell | 01/16 | J | D | |
| 78.    - Lowes Companies Inc. Common Stock | A | Dividend | | | Sell | 10/17 | J | | |
| 79.    - Pan American Silver Corp | | None | | | Sell | 01/08 | J | A | |
| 80.    - Petrolifera Petroleum Ltd | | None | K | T | | | | | |
| 81.    - Pinnacle Airlines Corp Common Stock | | None | | | Sell | 04/25 | J | B | |
| 82.    - Rally Energy Corp Common Stock | | None | | | Part Sale | 04/18 | J | C | |
| 83. | | | | | Part Sale | 07/19 | J | B | |
| 84. | | | | | Sell | 10/01 | K | E | |
| 85.    - Specialty Foods Group Income Trust Unit | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.    - Specialty Foods Grp Vr/Rt 14/Dec11 | | None | J | T | | | | | |
| 87.    - St. Andrew Goldfields - New Common Stock | A | Interest | J | T | Buy | 05/02 | J | | |
| 88. | | | | | Buy | 05/29 | J | | |
| 89. | | | | | Buy | 05/31 | J | | |
| 90. | | | | | Part Sale | 05/31 | J | | |
| 91.    - St. Andrew Goldfields Ltd 10%30Apr08 | A | Int./Div. | | | Sell | 05/31 | J | A | |
| 92.    - Sterling Res Ltd. | | None | K | T | | | | | |
| 93.    - Storm Cat Energy Corp 33L 28Jan07 Units | | None | J | T | | | | | |
| 94.    - Pacific Energy Res Reg-S (formerly Sub Rec-Pacific) | | None | J | T | Buy | 01/25 | J | | |
| 95.    - TJX Companies Inc-New Common Stock | A | Dividend | | | Part Sale | 02/09 | J | A | |
| 96. | | | | | Sell | 02/12 | J | B | |
| 97.    - Tudor Corporation Ltd | | None | J | T | | | | | |
| 98.    - United Healthcare Group Inc. Common Stock | A | Dividend | | | Sell | 07/05 | J | A | |
| 99.    - WTS-Cano Petroleum 6mar08 | | None | J | T | | | | | |
| 100.   - WTS-Canoro Res 25Jul07 | | None | | | Sell | 07/25 | J | | |
| 101.   - WTS-Dynacor Mines 06Apr08 | | None | | | Sell | 05/18 | J | | |
| 102.   - WTS-Dynacor Mines 28Dec07 | | None | | | Sell | 05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - WTS-Petrolifera Pete 08May07 | | None | | | Sell | 05/09 | J | | |
| 104.  - Yamana Gold Inc Common Stock | A | Dividend | J | T | Part Sale | 02/09 | J | B | |
| 105. | | | | | Part Sale | 02/15 | J | B | |
| 106. | | | | | Part Sale | 02/16 | J | B | |
| 107. | | | | | Part Sale | 02/20 | J | A | |
| 108.  - Allen-Vanguard Corp Common Stock | | None | K | T | Buy | 03/09 | J | | |
| 109. | | | | | Buy | 04/17 | J | | |
| 110. | | | | | Buy | 08/13 | J | | |
| 111. | | | | | Part Sale | 12/04 | J | B | |
| 112.  - Apple Computer Inc Common Stock | | None | | | Sold Short | 01/17 | J | | |
| 113. | | | | | Cover Short | 02/22 | J | A | |
| 114.  - Bankatlantic Bancrp Inc-A | A | Dividend | | | Buy | 07/24 | J | | |
| 115. | | | | | Buy | 07/26 | J | | |
| 116. | | | | | Buy | 07/31 | J | | |
| 117. | | | | | Buy | 08/01 | J | | |
| 118. | | | | | Buy | 08/03 | J | | |
| 119. | | | | | Sell | 12/04 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Compucredit Corp Common Stock | | None | K | T | Buy | 02/13 | J | | |
| 121. | | | | | Buy | 02/14 | J | | |
| 122. | | | | | Buy | 02/23 | J | | |
| 123. | | | | | Buy | 05/09 | J | | |
| 124. | | | | | Buy | 08/01 | J | | |
| 125. | | | | | Buy | 08/03 | J | | |
| 126. | | | | | Buy | 09/11 | J | | |
| 127. | | | | | Buy | 10/25 | J | | |
| 128. | | | | | Buy | 11/06 | J | | |
| 129. | | | | | Buy | 12/21 | J | | |
| 130.  - Corn Products International Inc Common | | None | | | Sold Short | 07/06 | J | | |
| 131. | | | | | Sold Short | 07/09 | J | | |
| 132. | | | | | Sold Short | 08/10 | J | | |
| 133. | | | | | Cover Short | 11/05 | J | A | |
| 134. | | | | | Cover Short | 11/06 | J | A | |
| 135.  - Dynacor Gold Mines Inc Common Stock | | None | J | T | Buy | 11/01 | J | | |
| 136.  - Firstgold Corp 33LG RSTD | | None | J | T | Buy | 06/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N  $250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MILLER, GRAY H | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - First Marblehead Corp Common Stock | A | Dividend | | | Buy | 04/17 | J | | |
| 138. | | | | | Buy | 04/18 | J | | |
| 139. | | | | | Buy | 05/01 | J | | |
| 140. | | | | | Buy | 11/20 | J | | |
| 141. | | | | | Sell | 12/06 | J | | |
| 142.  - First Solar Inc Common Stock | | None | | | Sold Short | 09/28 | J | | |
| 143. | | | | | Cover Short | 10/02 | J | | |
| 144.  - Formation Cap Corp Units | | None | J | T | Buy | 05/16 | J | | |
| 145.  - IHOP Corp Common Stock | | None | | | Sold Short | 09/21 | J | | |
| 146. | | | | | Sold Short | 09/24 | J | | |
| 147. | | | | | Cover Short | 11/26 | J | A | |
| 148. | | | | | Cover Short | 11/27 | J | B | |
| 149.  - Jack In The Box Inc Common Stock | | None | | | Sold Short | 01/29 | J | | |
| 150. | | | | | Sold Short | 01/30 | J | | |
| 151. | | | | | Sold Short | 03/21 | J | | |
| 152. | | | | | Cover Short | 08/09 | J | A | |
| 153. | | | | | Cover Short | 09/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.    - Marriott Intl Inc-A New Common Stock | | None | | | Sold Short | 03/26 | J | | |
| 155. | | | | | Sold Short | 04/13 | J | | |
| 156. | | | | | Sold Short | 07/05 | J | | |
| 157. | | | | | Cover Short | 08/10 | J | A | |
| 158. | | | | | Cover Short | 10/03 | J | A | |
| 159.    - Novagold Res Inc - New Common Stock | | None | | | Buy | 05/30 | J | | |
| 160. | | | | | Buy | 05/31 | J | | |
| 161. | | | | | Buy | 06/06 | J | | |
| 162. | | | | | Sell | 12/04 | J | | |
| 163.    - Nvidia Corp Common Stock | | None | | | Sold Short | 09/24 | J | | |
| 164. | | | | | Sold Short | 09/25 | J | | |
| 165. | | | | | Cover Short | 10/02 | J | | |
| 166.    - Office Depot Inc Common Stock | | None | J | T | Buy | 09/13 | J | | |
| 167. | | | | | Buy | 10/29 | J | | |
| 168. | | | | | Buy | 10/30 | J | | |
| 169.    - Petrolifera Petroleum Ltd 33LG | | None | J | T | Buy | 05/09 | J | | |
| 170.    - Resin Systems Inc | | None | J | T | Buy | 03/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.   - Richards Oil & Gas Ltd | | None | J | T | Buy | 07/09 | J | | |
| 172.   - Serrano Energy Ltd - New Common Stock | | None | J | T | Buy | 06/27 | J | | |
| 173.   - SNC-Lavalin Group Common Stock | | None | | | Sold Short | 08/14 | J | | |
| 174. | | | | | Sold Short | 08/24 | J | | |
| 175. | | | | | Sold Short | 09/19 | J | | |
| 176. | | | | | Cover Short | 10/29 | J | | |
| 177. | | | | | Cover Short | 10/30 | J | | |
| 178.   - Sony Corp ADR | | None | | | Sold Short | 03/16 | J | | |
| 179. | | | | | Sold Short | 07/05 | J | | |
| 180. | | | | | Cover Short | 10/25 | J | A | |
| 181.   - Sonus Networks Inc Common Stock | | None | | | Sold Short | 07/19 | J | | |
| 182. | | | | | Cover Short | 07/26 | J | B | |
| 183. | | | | | Cover Short | 08/07 | J | A | |
| 184. | | | | | Sold Short | 10/02 | J | | |
| 185. | | | | | Sold Short | 10/03 | J | | |
| 186. | | | | | Sold Short | 10/16 | J | | |
| 187. | | | | | Sold Short | 10/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Cover Short | 11/08 | J | | |
| 189. | | | | | Cover Short | 11/12 | J | | |
| 190. | | | | | Cover Short | 11/13 | J | | |
| 191.   - St Andrew Goldfields 20Mar08 | | None | J | T | Buy | 11/16 | J | | |
| 192.   - Stealth Ventures Ltd | | None | J | T | Buy | 05/14 | J | | |
| 193. | | | | | Buy | 05/17 | J | | |
| 194.   - Storm Cat Engy-B L33QYCV9.25%<br>31Mar12 | A | Interest | J | T | Buy | 03/30 | J | | |
| 195.   - Pacific En .T Reg-S19Feb08 | | None | J | T | Buy | 10/15 | J | | |
| 196.   - TG World Energy Corp 21Mar08 | | None | J | T | Buy | 11/19 | J | | |
| 197.   - Units-Arapahoe Energy Crp | | None | J | T | Buy | 12/27 | J | | |
| 198.   - Wynn Resorts Ltd | | None | | | Sold Short | 09/27 | J | | |
| 199. | | | | | Cover Short | 11/08 | J | B | |
| 200.   IRA #1 | | | | | | | | | |
| 201.   - Rydex Inverse Nasdaq (formerly IRA #1<br>Rydex Juno Fund) | | None | | | Sell | 07/13 | K | | |
| 202.   - Rydex Nasdaq-100 Inv (IRA Investment) | | None | K | T | Buy | 09/06 | K | | |
| 203.   - Rydex-US Govt Money Market (IRA) (X) | A | Dividend | J | T | | | | | |
| 204.   IRA #2 (formerly IRA #3) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - FX Concepts Global Funds Master Trust (IRA Investment) | F | Dividend | N | T | | | | | |
| 206. - AIS Futures Fund II L.P. (IRA Investment) | F | Dividend | M | T | | | | | |
| 207. - Prism Offshore Fund Ltd. (IRA Investment) | | None | O | T | | | | | |
| 208. - Sprott Capital L.P. (IRA Investment) | G | Dividend | O | T | | | | | |
| 209. - Triumph Offshore Fund Ltd. (IRA Investment) | C | Dividend | M | T | | | | | |
| 210. - Wachovia (IRA) (CD) (formerly World Savings) | B | Interest | | | Rollover | 06/13 | L | | Rollover to Chase Bank IRA |
| 211. - Chase Bank Account (IRA) | B | Interest | K | T | | | | | |
| 212. Trust #1 | | | | | | | | | |
| 213. - Fidelity AMT Tax-Free Money Fund | A | Dividend | K | T | | | | | |
| 214. Trust #2 | | | | | | | | | |
| 215. - Fidelity AMT Tax-Free Money Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, page 15, line 201 - This asset which is an IRA investment was formerly known as IRA#1 Rydex Juno Fund. This year we are including it as a seperate fund in the account IRA #1 with additional assets due to the fact that additional reportable assets were acquired and the Rydex-US Govt Money Market became reportable in 2007.

Part VII, page 7, line 61 - This asset was formerly known as Eastcoast Energy CP-B SV.

Part VII, page 9 , line 94 - This asset was formerly known as Sub Rec-Pacific Engy-Unit 16Mar07.

Part VII, page 16, line 210 - This asset was formerly known as World Savings Bank (IRA) (CD). This account balance was rolled over into the Chase Bank Account (IRA) on Part VII, page 16, line 211.

Part VII, page 16, line 212 - This account was inadvertently omitted from the prior year report. The account was opened on 08/13/06.

Part VII, page 16, line 213 - This asset was inadvertently omitted from the prior year report. The income and value codes in column's B and C this year are the same codes that would have been reported in the prior year if they had not been inadvertently omitted. On 08/13/06, this asset was bought and in Column D (3) the value code 2  would have been "K".

Part VII, page 16, line 214 - This account was inadvertently omitted from the prior year report. The account was opened on 08/13/06.

Part VII, page 16, line 215 - This asset was inadvertently omitted from the prior year report. The income and value codes in column's B and C this year are the same codes that would have been reported in the prior year if they had not been inadvertently omitted. On 08/13/06, this asset was bought and in Column D (3) the value code 2  would have been "K".

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H | 04/29/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF[...] [...]O CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544